Larry Earl **MILLER**, Plaintiff–Appellant,

v.

Ralph **HOOKS**, Warden, individually, and in his official capacity as Warden of St. Clair Correctional Facility Prison for men, Boyd Kelly Derrick, Mail Clerk, individually, and in his official capacity as mail clerk of the St. Clair Correctional Facility Prison for men, Defendants–Appellees.

No. 05–14579.

United States Court of Appeals, Eleventh Circuit.

Oct. 12, 2006.

Allen C. Winsor, Gray Robinson P.A., Tallahassee, FL, for Plaintiff–Appellant.

Matthew Beam, Montgomery, AL, for Defendants–Appellees.

Before ANDERSON and DUBINA, Circuit Judges, and VINSON,* District Judge.

PER CURIAM:

After oral argument and careful consideration, we conclude that the judgment of the district court is due to be affirmed. Although the district court opinion dated July 25, 2005, is probably correct with respect to all of the several grounds relied upon, we need hold only that plaintiff has

---

* Honorable C. Roger Vinson, United States District Judge for the Northern District of Florida, sitting by designation.

clearly failed to show that any deprivation by defendants was intentional. There is ample evidence that the Department of Corrections was reasonable in using the name Evans under which plaintiff was sentenced. Also, plaintiff has adduced evidence of only two instances of failure to receive mail, and defendant expressly advised plaintiff of an easy means for plaintiff to avoid any such mistake, which advice plaintiff ignored.

AFFIRMED.